```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 17-01353-RNO
Melisa Ann Miller                                                   Chapter 7
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: admin              Page 1 of 1             Date Rcvd: Jul 28, 2017
                              Form ID: 318             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 30, 2017.
db         +Melisa Ann Miller,    75 Rosemary Court,    Manchester, PA 17345-1348
cr          PeoplesBank, a Codorus Valley Company,    105 Leader Heights Road,    P.O. Box 2887,
             York, PA  17405-2887
4904876    +Broadway Plantation Owners Associat,    PO Box 105137,    Atlanta, GA 30348-5137
4904878   ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,     COLUMBUS OH 43215-4157
            (address filed with court: Columbia Gas,     PO Box 742537,   Cincinnati, OH 45274)
4904879    +MetEd,   PO Box 3687,    Akron, OH 44309-3687
4904881     PNC Mortgage,   PO Box 6534,    Carol Stream, IL 60197-6534
4904880    +Peoples Bank,    PO Box 3623,    York, PA 17402-0136
4904882    +Reamstown Mutual Insurance Co.,    20 South Reamstown Road,    PO Box 477,
             Reamstown, PA 17567-0477
4904883    +The City of York,    101 S George Street,    PO Box 509,   York, PA 17405-0509
4904884    +Thomas L. Miller,    336 Poplar Street,    York, PA 17403-5610
4904885    +Wells Fargo Bank, N.A.,    PO Box 14529,    Des Moines, IA 50306-3529
4904886    +Wellspan - York Hospital,    916 S 14th Street,    PO Box 988,   Harrisburg, PA 17108-0988

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         +EDI: WFFC.COM Jul 28 2017 19:03:00      Wells Fargo Bank N.A.,    1 Home Campus,    X2303-01A,
             Des Moines, IA 50328-0001
4904875     E-mail/Text: ebn@americollect.com Jul 28 2017 18:57:53      Americollect, Inc,    PO Box 1566,
             Manitowoc, WI 54221
4904877     EDI: USBANKARS.COM Jul 28 2017 19:03:00      Cardmember Services,    PO Box 790408,
             Saint Louis, MO 63179-0408
                                                                                               TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2017 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    PNC Bank National Association bkgroup@kmllawgroup.com
          Lawrence V. Young (Trustee)    lyoung@cgalaw.com,
           pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
          Paul G Lutz    on behalf of Debtor Melisa Ann Miller plutz@gslsc.com
          Robert W Pontz    on behalf of Creditor    PeoplesBank, a Codorus Valley Company BobP@bcgl-law.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Melisa Ann Miller** | Social Security number or ITIN   xxx–xx–2660 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ |
| | | EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    **Middle District of Pennsylvania** | | |
| Case number:    **1:17–bk–01353–RNO** | | |

## Order of Discharge           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Melisa Ann Miller

**By the court:**

July 28, 2017

Honorable Robert N. Opel
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**