UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

    Melisa Ann Miller    :    Case No. 1-17-bk-01353
        Debtor    :    Chapter 7

ORDER TO REOPEN CASE

Upon consideration of the Motion of Melisa Ann Miller, the Debtor herein, having moved for an Order reopening the case in order to file a Motion to Avoid a Judicial Lien, it is,

ORDERED, that the Motion is granted; and the above entitled case is hereby reopened for the purpose of permitting the Debtor to file a Motion to Avoid a Judicial Lien.