```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                              Case No. 17-01353-RNO
Melisa Ann Miller                                                   Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1          User: JGoodling            Page 1 of 1        Date Rcvd: Aug 27, 2018
                              Form ID: pdf010            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2018.
db             +Melisa Ann Miller,    75 Rosemary Court,    Manchester, PA 17345-1348

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2018 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    PNC Bank National Association bkgroup@kmllawgroup.com
              Lawrence V. Young (Trustee)    lyoung@cgalaw.com,
               pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
              Paul G Lutz    on behalf of Debtor 1 Melisa Ann Miller plutz@gslsc.com,    r65363@notify.bestcase.com
              Robert W Pontz    on behalf of Creditor    PeoplesBank, a Codorus Valley Company BobP@bcgl-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Melisa Ann Miller | : | Case No. 1-17-bk-01353 |
| Debtor | : | Chapter 7 |

ORDER TO REOPEN CASE

Upon consideration of the Motion of Melisa Ann Miller, the Debtor herein, having moved for an Order reopening the case in order to file a Motion to Avoid a Judicial Lien, it is,

ORDERED, that the Motion is granted; and the above entitled case is hereby reopened for the purpose of permitting the Debtor to file a Motion to Avoid a Judicial Lien.

Dated: August 27, 2018

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (DG)