UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:
    MELISA ANN MILLER     :     Case No. 1-17-bk-01353
    Debtor     :     Chapter 7

Melisa Ann Miller,     Notice of Withdrawal of Debtor's
    Debtor     Motion to Avoid Judicial Lien

v.

PeoplesBank, A Codorus
Valley Company,
    Respondent

## NOTICE OF WITHDRAWAL OF DEBTOR'S MOTION TO AVOID JUDICIAL LIEN ON PERSONAL AND REAL PROPERTY

    Please take notice that Melisa Ann Miller, Debtor, hereby withdraws her Motion to Avoid Judicial Lien on personal and real property of Peoples Bank, A Codorus Valley Company, filed on September 18, 2018.

    GRIFFITH, LERMAN, LUTZ & SCHEIB

By: _____
PAUL G. LUTZ, Esquire
ID 39901
Attorney for Debtor
110 South Northern Way
York, PA 17402
plutz@gslsc.com
(717) 757-7602

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE

Melisa Ann Miller        Chapter 7

Debtor        1:17-bk-1353

Notice of Withdrawal of Debtor's
Motion to Avoid Judicial Lien

Melisa Ann Miller
    Movant

v

Peoplesbank, A Codorus Valley Company
    Respondent

## CERTIFICATE OF SERVICE

The undersigned counsel for the above captioned Debtor hereby certifies that the Motion and Notice to Avoid Lien was served on the following by first class United States mail, postage prepaid and electronic mail:

Brubaker Connaughton Goss & Lucarelli, LLC
Robert W. Pontz, Esquire
Brett D. Jackson, Esquire
480 New Holland Avenue, Suite 6205
Lancaster PA 17602

BobP@bcgl-law.com

October 5, 2018                                          /s/ Paul G. Lutz