UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

    Melisa Ann Miller                      :      Case No. 1-17-bk-01353
    Debtor                                :      Chapter 7
                                           :
                                           :      Order – Amended Notice to Withdraw

Melisa Ann Miller,
    Debtor

v.

PeoplesBank, A Codorus
Valley Corporation,
    Respondent

## ORDER

Upon consideration of the Notice of Withdrawal of Melisa Ann Miller, the Debtor herein, it is,

ORDERED, that the Motion to Avoid Judicial Lien is hereby withdrawn.