```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 17-01353-RNO
Melisa Ann Miller                                                   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: JGoodling          Page 1 of 1          Date Rcvd: Oct 26, 2018
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2018.
cr             PeoplesBank, a Codorus Valley Company,   105 Leader Heights Road,   P.O. Box 2887,
               York, PA  17405-2887

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    PNC Bank National Association bkgroup@kmllawgroup.com
              Lawrence V. Young (Trustee)    lyoung@cgalaw.com,
               pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
              Paul G Lutz    on behalf of Debtor 1 Melisa Ann Miller plutz@gslsc.com,   r65363@notify.bestcase.com
              Robert W Pontz    on behalf of Creditor    PeoplesBank, a Codorus Valley Company BobP@bcgl-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

MELISA ANN MILLER

Debtor

MELISA ANN MILLER

Movant

PEOPLES BANK, A CODORUS VALLEY CORPORATION,

Respondent

CASE NO. 1:17-bk-01353-RNO

CHAPTER 7

Amended Notice of Withdraw

## ORDER OF COURT

Upon consideration of the Amended Notice of Withdrawal it is HEREBY,

ORDERED, that the Motion to Avoid Judicial Lien of Peoples Bank, A Codorus Valley Corporation is hereby withdrawn.

Dated: October 25, 2018

By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge (DG)